**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02898 REB-KMT

TAXSALELISTS.COM, LLC, a Nevada Corporation,

    Plaintiff,

vs.

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
RICHARD J. DAWSON,
ERICA SAENZ,
JOSEPH SNELLING,
RICHARD MEDEIROS,

    Defendants.

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

**Blackburn, J.**

    This matter is before me on the following: (1) plaintiff's ***Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction** [#2][1] filed December 10, 2009; (2) the parties' **Stipulation for entry of Preliminary Injunction** [#43] filed January 19, 2010.  I approve the stipulation and grant the plaintiff's motion for preliminary injunction on the terms outlined in the parties' stipulation [#43] and in the proposed order submitted with the stipulation.

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation for entry of Preliminary Injunction** [#43] filed January 19, 2010, is **APPROVED**;

2. That Plaintiff's *Ex Parte* **Motion for Temporary Restraining Order and Motion for Preliminary Injunction** [#2] filed December 10, 2009, is **GRANTED** to the extent the Plaintiff seeks a preliminary injunction and on the terms stated in this order;

3. That effective forthwith, defendants, Matthew Rainer, Eva Rainer, Michael Rainer, and Lisa Rainer, together with their agents, servants, employees, attorneys-in-fact, or anyone acting on their behalf, are **ENJOINED AND RESTRAINED** from

   A. accessing the Plaintiff's confidential and proprietary business information, email/customer lists, and other materials and property;

   B. using, selling, or transmitting to any person any of Plaintiff's confidential and proprietary business information, email/customer lists, and other materials and property;

   C. contacting any of the Plaintiff's customers or contacts through the use of, or any reference to, the Plaintiff's email/customer lists;

   D. deleting, destroy, or otherwise altering any computers and the information contained on the hard drives thereon that are in the possession of the Defendants but owned by Plaintiff, in particular a Dell Desktop model computer, serial # 89582-OEM-7332157-00204; and a Dell Studio laptop computer, Model PP31L, serial # 24775251661;

   E. deleting, destroying, or otherwise altering any information relating to Plaintiff's business, including without limitation, Plaintiff's financial and

accounting records, customers, contacts, sales, marketing, strategies, and business plans, that are in the Defendants' possession; and

F.  deleting, destroying, or otherwise altering any correspondence, including paper correspondence and electronic messages (email, text messages, instant computer messages, and chats), originated from or received by any and all Defendants in this action and customers or contacts contained on Plaintiff's email/customer list; and

4.  That this Preliminary Injunction **SHALL REMAIN IN EFFECT** until modified or rescinded by further order of the court.

Dated January 20, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge