IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-02898-REB-KMT | FTR - Courtroom C-201 |
| **Date:** October 4, 2010 | Deputy Clerk, Nick Richards |
| | |
| TAXSALELISTS.COM, a Nevada limited liability company, | Clifford L. Beem |
| Plaintiff, | |
| v. | |
| MATTHEW RAINER, | Anthony L. Leffert |
| EVA RAINER, | Jonathan D. Petersen (by phone) |
| MICHAEL RAINER, | Natasha Wojtkowski (by phone) |
| LISA RAINER, | |
| RICHARD J. DAWSON, | |
| ERICA SAENZ, | |
| JOSEPH SNELLING, | |
| RICHARD MEDIROS, and | |
| CONVERSION MARKETER, LLC, an Arizona limited liability company, | |
| Defendants, | |
| and | |
| JOHN G. LANE, | Clifford L. Beem |
| Third Party Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:36 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is set regarding Plaintiff and Third-Party Defendant's Motion to Extend Discovery and Request for Expedited Ruling [Doc. No. 91, filed September 23, 2010] and Defendant's Emergency Motion to Compel Agreed Infusionsoft Analysis Pursuant to Scheduling Order, Doc. 58, as Modified at the August 23, 2010 Settlement

Conference, and to Quash Subpoena Directed to Infusionsoft [Doc. No. 98, filed September 28, 2010].

Oral argument from Plaintiff
Oral argument from Defendant

It is **ORDERED**: Plaintiff and Third Party Defendant's Motion to Extend Discovery and Request for Expedited Ruling [91] is **GRANTED**. The following deadlines were set before the court:

Infusionsoft data provided to experts and depositions of Mr. Lane and his wife completed on or before: November 1, 2010
Supplement Expert reports on data analysis: November 12, 2010
Depositions of Experts concerning Infusionsoft analysis on or before: December 16, 2010
Dispositive Motion Deadline: January 3, 2011
Final Pretrial Conference: January 24, 2011 at 9:45 a.m.

It is **ORDERED** Experts for Plaintiff and for Defendant Dawson will each receive, within the date parameters agreed upon, both companies' databases from Infusionsoft, including the sourcing data. Data will be provided under an Attorney's Eyes Only Protective Order. An agreed form of Protective Order will be submitted to the court **on or before October 8, 2010.**

Plaintiff shall be obligated to pay Defendant Dawson's expert for up to 6 hours of time taken to examine the Infusionsoft data and to come to agreement with Plaintiff's expert on the source of data for each newly added potential customer in the Dawson database who is also contained in the Plaintiff's database during the agreed upon time period. Anything beyond 6 hours will be the responsibility of Defendant Dawson.

It is **ORDERED**: Defendant's Emergency Motion to Compel Agreed Infusionsoft Analysis Pursuant to Scheduling Order, Doc. 58, as Modified at the August 23, 2010 Settlement Conference, and to Quash Subpoena Directed to Infusionsoft [98] is **DENIED**.

**Court in Recess: 10:33 a.m.**
Hearing concluded.
Total In-Court Time    00:57

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.