**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 09-cv-02898-REB-KMT                FTR - Courtroom C-201

**Date:** November 18, 2010                              Deputy Clerk, Nick Richards


| | |
|---|---|
| TAXSALELISTS.COM, LLC, a Nevada limited liability company, | Clifford L. Beem |
| Plaintiffs, | |
| v. | |
| MATTHEW RAINER,<br>EVA RAINER,<br>MICHAEL RAINER,<br>LISA RAINER,<br>RICHARD J. DAWSON,<br>ERICA SAENZ,<br>JOSEPH SNELLING,<br>RICHARD MEDEIROS, and<br>CONVERSION MARKETER, LLC, an Arizona limited liability company, | Anthony L. Leffert<br>Jonathan D. Petersen (by phone)<br>Natasha Anna Wojtkowski (by phone) |
| Defendants, | |
| and | |
| JOHN G. LANE, | Clifford L. Beem |
| Third-Party Defendant. | |

---

### COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**
**Court in session: 11:05 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is set regarding Defendant Richard M. Dawson's Motion to Compel the Production of Discovery from Taxsalelists.com, LLC and John G. Lane [Doc. No. 102, filed September 30, 2010].

Oral argument from Defense.
Oral argument from Plaintiff.

It is **ORDERED**: Defendant Richard M. Dawson's Motion to Compel Production of Discovery from Taxsalelists.com, LLC and John G. Lane [102] is **DENIED WITHOUT PREJUDICE**, pending review of supplemental data filed with the Court**.** All supplementation for any discovery request attached to the Motion to Compel [102] will be provided so it is received by defense counsel on or before December 13, 2010.

**Court in Recess: 12:04 p.m.**
Hearing concluded.
Total In-Court Time    00:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.