**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02898-REB-KMT

TAXSALELISTS.COM, LLC, a Nevada corporation,

       Plaintiff,

v.

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
RICHARD J. DAWSON,
ERICA SAENZ,
JOSEPH SNELLING,
RICHARD MEDEIROS, and
CONVERSION MARKETER, LLC, an Arizona limited liability company,

       Defendants,

and

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ, and
RICHARD MEDERIOS,

       Third Party Plaintiffs,

v.

JOHN G. LANE,

       Third Party Defendant.

---

## ORDER DISMISSING DEFENDANT RICHARD J. DAWSON

---

**Blackburn, J.**

       The matter before me is the **Stipulation For Dismissal Between Plaintiff,**

**Third-Party Defendant and Defendant Richard Dawson Only** [#141][1] filed December 15, 2010.  I approve the stipulation on the terms stated below.

In the stipulation, plaintiff TaxSaleLists.com, third party defendant John G. Lane, and defendant Richard J. Dawson report that they have reached a resolution of their respective claims and ask that the claims between them be dismissed with prejudice. I note that John G. Lane is a party to this case only as a third party defendant and that neither TaxSaleLists.com nor Richard Dawson are named as third-party plaintiffs.  The record indicates that there are no claims asserted against third party defendant John G. Lane by either TaxSaleLists.com or Richard Dawson.  Thus, there are no claims against John G. Lane to be dismissed based on the stipulation.

TaxSaleLists, as plaintiff, does assert claims against defendant Richard J. Dawson.  Based on the stipulation, those claims are dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal Between Plaintiff, Third-Party Defendant and Defendant Richard Dawson Only** [#141] filed December 15, 2010, is **APPROVED** on the following terms;

2.  That the claims asserted by plaintiff Taxsalelists.Com, LLC, against defendant Richard J. Dawson are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

---

[1]   "[#141]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    3.  That defendant Richard Dawson is **DROPPED** as a named party to this

litigation, and the case caption is amended accordingly.

    Dated December 16, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Bob Blackburn
                                        _____
                                        Robert E. Blackburn
                                        United States District Judge