**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02898-REB-KMT

TAXSALELISTS.COM, LLC, a Nevada corporation,

    Plaintiff,

v.

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ,
JOSEPH SNELLING,
RICHARD MEDEIROS, and
CONVERSION MARKETER, LLC, an Arizona limited liability company,

    Defendants,

and

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ, and
RICHARD MEDERIOS,

    Third Party Plaintiffs,

v.

JOHN G. LANE,

    Third Party Defendant.

## ORDER DISMISSING CERTAIN CLAIMS

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss Claims With Prejudice** [#142] filed December 16, 2010.  After reviewing the motion and the file, I conclude that the motion should be granted; that plaintiff's First, Second, Fourth, Sixth

and Eight Claims for relief against defendants, Matthew Rainer, Eva Rainer, Michael Rainer, and Lisa Rainer, should be dismissed with prejudice; and that all of plaintiff's claims against defendants, Erica Saenz, Joseph Snelling and Richard Medeiros, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Claims With Prejudice** [#142] filed December 16, 2010, is **APPROVED**;

2. That plaintiff's First, Second, Fourth, Sixth, and Eight claims for relief against defendants, Matthew Rainer, Eva Rainer, Michael Rainer, and Lisa Rainer, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs as to the prosecution and defense of each of these claims;

3. That the order requiring the relevant parties to pay their own attorney fees and costs concerning the First, Second, Fourth, Sixth, and Eighth claims for relief **SHALL NOT BAR** Matthew Rainer, Eva Rainer, Michael Rainer, and Lisa Rainer from pursuing their claims for attorney fees and costs as damages with regard to their Second Counterclaim and Third-Party Complaint for Abuse of Process; and

4. That all of plaintiff's claims against defendants, Erica Saenz, Joseph Snelling, and Richard Medeiros, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 16, 2010, at Denver, Colorado.

                                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge