**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02898-REB-KMT

TAXSALELISTS.COM, LLC, a Nevada corporation,

    Plaintiff,

v.

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ,
JOSEPH SNELLING,
RICHARD MEDEIROS, and
CONVERSION MARKETER, LLC, an Arizona limited liability company,

    Defendants,

and

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ, and
RICHARD MEDERIOS,

    Third Party Plaintiffs,

v.

JOHN G. LANE,

    Third Party Defendant.

## MINUTE ORDER[1]

    The matter is before the court on the **Defendants' Unopposed Motion to Withdraw Defendant Richard J. Dawson's Motion Under F.R.E. 702 To Bar**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Testimony by Plaintiff's Expert** [#156] filed January 26, 2011.  The motion is **GRANTED**.  **Defendant Richard J. Dawson's Motion Under F.R.E. 702 To Bar Testimony By Plaintiff's Experts Sebastian Wetzel and Andrew Fahey and To Bar Use of Evidence Relating To Said Experts' Proposed Testimony Submitted Pursuant To F.R.C.P. 26(A)(2)** [#103] filed September 30, 2010, is **WITHDRAWN**.

     Dated:  January 26, 2011