**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02898-REB-KMT

TAXSALELISTS.COM, LLC, a Nevada corporation,

     Plaintiff,
v.

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ,
JOSEPH SNELLING,
RICHARD MEDEIROS, and
CONVERSION MARKETER, LLC, an Arizona limited liability company,

     Defendants,
and

MATTHEW RAINER,
EVA RAINER,
MICHAEL RAINER,
LISA RAINER,
ERICA SAENZ, and
RICHARD MEDERIOS,

     Third Party Plaintiffs,
v.

JOHN G. LANE,

     Third Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice** [#174][1]

filed August 1, 2011.  After reviewing the stipulation and the file, I conclude that the

---

[1] "[#174]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#174] filed August 1, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for August 19, 2011, is **VACATED**;

3. That the jury trial set to commence September 12, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 1, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge